UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

KEITH ALAN HAUPTLI
SSN: xxx-xx-6416

CASE NUMBER: 03-34934
CHAPTER 13

DEBRA RAYE HAUPTLI
SSN: xxx-xx-4748
Debtor

### NOTICE TO CAPITAL ONE THAT $8.88 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Capital One, creditor herein, and deposits $8.88 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Capital One was:

   P. O. Box 85167
   Richmond, VA 23285-5147

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Box Closed Unable to Deliver" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That this case was discharged July 29, 2010, and is closed.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: August 18, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   August 18, 2010

By U.S. Mail postage prepaid
Debtors: Keith and Debra Hauptli, 310 N. National Street, Medaryville, IN 47957
Creditor: Capital One, P. O. Box 85167, Richmond, VA 23285-5147

By electronic mail via CM/ECF:

Debtors' Attorney: Brad A. Wooley
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

                                                                   /s/ Harriette M. King
                                                                   Harriette M. King