UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

KEITH ALAN HAUPTLI
SSN: xxx-xx-6416

CASE NUMBER: 03-34934
CHAPTER 13

DEBRA RAYE HAUPTLI
SSN: xxx-xx-4748
Debtor

**NOTICE TO CAPITAL ONE THAT $2.49 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Capital One, creditor herein, and deposits $2.49 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Capital One was:

   P. O. Box 85167
   Richmond, VA 23285-5147

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned as undeliverable by the United States Postmaster;

3. That the Standing Chapter 13 Trustee has been unsuccessful in obtaining a proper address for said creditor;

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: September 23, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on September 23, 2010

By U.S. Mail postage prepaid
Debtors: Keith and Debra Hauptli, 310 N. National Street, Medaryville, IN 47957
Creditor: Capital One, P. O. Box 85167, Richmond, VA 23285-5147

By electronic mail via CM/ECF:

Debtors' Attorney: Brad A. Wooley
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King